JAMES L. FREEMAN, JR. v. SUGAR MOUNTAIN RESORT, INC.

No. 397A99

(Filed 3 December 1999)

**Premises Liability— negligence by ski resort operator—failure to show breach of duty or proximate cause**

The decision of the Court of Appeals in an action by a skier against a ski resort operator to recover for injuries received when struck by another skier who jumped into him from a makshift ramp is reversed and the case is remanded for reinstatement of summary judgment for defendant ski resort operator for the reasons stated in the dissenting opinion that plaintiff failed to establish a breach of duty of defendant or that any breach of duty proximately caused plaintiff's injuries.

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 134 N.C. App. 73, 516 S.E.2d 616 (1999), reversing an order for summary judgment entered by Winner, J., on 2 September 1997 in Superior Court, Avery County, and remanding for trial. Heard in the Supreme Court 15 November 1999.

*Campbell & Taylor, by Jason E. Taylor, for plaintiff-appellee.*

*Robert E. Riddle, P.A., by Robert E. Riddle, for defendant-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Lewis, the decision of the Court of Appeals is reversed and the case is remanded to the Court of Appeals for further remand to the Superior Court, Avery County, for reinstatement of its summary judgment in favor of defendant.

REVERSED AND REMANDED.